IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PREZELL THOMAS, | 1:99-cv-06339-AWI-DLB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| GARVIN, | ( #37) |
| Defendant. | |

On October 22, 2012, plaintiff filed a motion seeking the appointment of counsel. This action was dismissed for failure to state a claim on March 28, 2000. This action was appealed, and on June 25, 2001, the United States Court of Appeals for the Ninth Circuit affirmed the dismissal of the action. There is no good cause for this action to be reopened, and no cause for the appointment of counsel.

For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   October 30, 2012            /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

-1-